IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:13-CR-305-3-TWT |
| COREY BURROWS<br>also known as<br>Killer, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 290] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 287] based upon the appeal waiver in the Defendant's plea agreement. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 287] is DENIED based upon the appeal waiver in the Defendant's plea agreement. A Certificate of Appealability is DENIED.

SO ORDERED, this 9 day of June, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge